Drass et al. *v.* Tall Cedars Marina, Inc. et al., Appellants.

Argued May 5, 1970. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien, Roberts and Pomeroy, JJ.

*Edward Kassab,* with him *Kassab, Cherry, Curran and Archbold,* for appellants.

*Robert F. Jackson,* for appellees.

Opinion Per Curiam, October 9, 1970:

The affidavits of service as originally filed were proper and correct and therefore we need not reach the question whether the court below erred in permitting appellees to amend.

Orders affirmed.